In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County



Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

Motion of reconsideration not to extend any Brief time to Appellee Manuel Castro

To The Justices of Court Of Appeals:

Here comes Appellant Maryann Castro who is pro-se in the Fourth Court of Appeals, First I want to thank the Justices of Court of Appeals for Accepting my Appeal. Appellant Maryann Castro had a packet delivered to Appellee Manuel Castro the same packet sent to Court of Appeals Motion to Accept final closing argument as to why the Agreement for final divorce should be amended, modified, reopened, rewritten in San Antonio Texas as pro-se it is my duty to have what I file with the Court delivered to Appellee Manuel Castro on 6/16/2015 it was delivered at his place of residence not by Appellant Maryann Castro Appellee Manuel Castro residence has been 624 W. Goodwin in Pleasanton Texas 78064 for over 4 years while married to Appellant Maryann Castro with the non-spouse mistress Christina Pacheco the packet was Addressed to Appellee Manuel Castro.

Appellant Maryann Castro gets a text from the non-spouse mistress Christina Pacheco who is involved in this lawsuit in Fourth Court of Appeals 3rd party intervener in adultery, cruelty and fraud in the Marriage of Manuel and Maryann Castro. The Text says the following see copy with a picture of the packet that says for Manuel Castro 6/15/15 Police have been notified that you have trespassed again on my property. He has his own mailing address this envelope will be sent back to you.

And another text that says see copy you are obviously nuts. Stop trespassing on my property. This is your final warning. This is my home. Find somewhere else to leave your ex-husband correspondence. Might I repeat ex-husband? You are harassing me again. After four years, get a life.

Appellant Maryann Castro finally responds with the following you don't scare me police have been notified stop harassing me do not text me. And the texting stopped Tina Pacheco

Appellant Maryann Castro called the Pleasanton Police to report Christina Pacheco known as Tina Pacheco spoke to Veronica and let her know what Christina Pacheco was texting Appellant Maryann

In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

Motion of reconsideration not to extend any Brief time to Appellee Manuel Castro

To The Justices of Court Of Appeals:

Here comes Appellant Maryann Castro who is pro-se in the Fourth Court of Appeals, First I want to thank the Justices of Court of Appeals for Accepting my Appeal. Appellant Maryann Castro had a packet delivered to Appellee Manuel Castro the same packet sent to Court of Appeals Motion to Accept final closing argument as to why the Agreement for final divorce should be amended, modified, reopened, rewritten in San Antonio Texas as pro-se it is my duty to have what I file with the Court delivered to Appellee Manuel Castro on 6/16/2015 it was delivered at his place of residence not by Appellant Maryann Castro Appellee Manuel Castro residence has been 624 W. Goodwin in Pleasanton Texas 78064 for over 4 years while married to Appellant Maryann Castro with the non-spouse mistress Christina Pacheco the packet was Addressed to Appellee Manuel Castro.

Appellant Maryann Castro gets a text from the non-spouse mistress Christina Pacheco who is involved in this lawsuit in Fourth Court of Appeals 3rd party intervener in adultery, cruelty and fraud in the Marriage of Manuel and Maryann Castro. The Text says the following see copy with a picture of the packet that says for Manuel Castro 6/15/15 Police have been notified that you have trespassed again on my property. He has his own mailing address this envelope will be sent back to you.

And another text that says see copy you are obviously nuts. Stop trespassing on my property. This is your final warning. This is my home. Find somewhere else to leave your ex-husband correspondence. Might I repeat ex-husband? You are harassing me again. After four years, get a life.

Appellant Maryann Castro finally responds with the following you don't scare me police have been notified stop harassing me do not text me. And the texting stopped Tina Pacheco

Appellant Maryann Castro called the Pleasanton Police to report Christina Pacheco known as Tina Pacheco spoke to Veronica and let her know what Christina Pacheco was texting Appellant Maryann

Castro making a false Allegation as she has in the past with her involment in the Marriage of Manuel AND Maryann Castro Appellant Maryann Castro also called the Atascosa Sheriff spoke to deputy Mendez and was told this is a civil matter and needs to be reported in civil Court Appellant Maryann Castro has been harassed by the non-spouse Mistress Christina Pacheco for over 4 years and she needs to be stopped Appellant Maryann Castro filed a formal Complaint on 6/17/15 with the Atascosa Sheriff Christina Pacheco thinks she can continue her harassing text and bullying to Appellant Maryann Castro and her lies of false Allegations that Appellant Maryann Castro is trespassing and harassing the Non Spouse Mistress Christina Pacheco who has been carrying on an affair with Appellee Manuel Castro on or about July 3,2011 Christina Pacheco thinks an affair allows her to lie and harass Appellant Maryann Castro the law has a duty to serve and protect Appellant Maryann Castro who prays for Justice.

The Non-spouse Mistress Christina Pacheco is apparently blocking Appellee Manuel Castro mail and that is why letters sent to Appellee Manuel Castro are being returned to the Court.

Judge Marylyn Bernard gave Appellee Manuel Castro until June 25, 2015 to update his address. And June 19th 2015 to turn in his Appellee Brief Appellant MaryAnn Castro has the proof Appellee Manuel Castro address it is 624 W. Goodwin in Pleasanton Texas 78064.

Appellant Maryann Castro prays for Justice

Appellant Maryann Castro is pro-se

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

830-496-0133

Sent 6/17/2015

A) Copy of Text Sent to Appellant Maryann Castro by Christina Pacheco known as Tina Pacheco
B) Copy of Text Sent to Appellant Maryann Castro by Christina Pacheco known as Tina Pacheco

From: Maryann Balderas Castro <pacattitude2014@gmail.com>

 To: pacattitude06 <pacattitude06@aol.com>

Subject: Fwd: Tina pacheco

 Date: Wed, Jun 17, 2015 1:47 pm

——— Forwarded message ———
From: "Maryann Balderas Castro" < pacattitude2014@gmail.com>
Date: Jun 17, 2015 1:13 PM
Subject: Tina pacheco
To: < pacattitude2014@gmail.com>
Cc:

You are on obviously nuts. Stop trespassing on my property. This is your final warning. This is my home. Find somewhere else to leave your EXHUSBAND coorespondence. Might I repeat, EXHUSBAND. You are harassing me again. After four years, get a life.



**From:** Maryann Balderas Castro <pacattitude2014@gmail.com>

**To:** pacattitude06 <pacattitude06@aol.com>; pacattitude2014 <pacattitude2014@gmail.com>

**Subject:** Tina pacheco

**Date:** Wed, Jun 17, 2015 1:47 pm

**Attachments:** 20150616_195231.jpeg (1213K)

---

Police have been notified that you have trespassed again on my property. He has his own mailing address this envelope will be sent back to you.

---

1 Attached Images

---







Mary Ann Castro
1501 Olive
Jourdanton, Texas
78026

Court of Appeals
Fourth Court of Appeals District
CADENA Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 JUN 2015 PM 3 L

78205#3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUN 19 PM 1:29
KEITH E. HOTTLE, CLERK

